FISHER & PHILLIPS LLP
SCOTT M. MAHONEY
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Vaux Enterprises Nevada, Inc. and
The Mirage Hotel-Casino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELENA M. PRESTIGIACOMO; DONNA K. VAN NOLLER and NUCHJAREE SRISOOK, <br><br> Plaintiff, <br><br> vs. <br><br> KIM VO ENTERPRISES, LLC, a Delaware Limited Liability Company; KIM VO LLC, a California Limited Liability Company; VAUX ENTERPRISES NEVADA, INC.; THE MIRAGE CASINO-HOTEL, a Nevada Corporation; MIRAGE, LLC, a Nevada Limited Liability Company; MGM MIRAGE, a Delaware Corporation, <br><br> Defendants. | CASE NO. 2:09-cv-00127-RLH-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record that all the Plaintiffs' claims against the remaining defendants, Vaux Enterprises Nevada, Inc. and The Mirage Casino-Hotel, be

- 1 -

LasVegas 85075.1

1  dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS LLP | LAW OFFICES OF MICHAEL P. BALABAN |
|---|---|
| /s/ Scott M. Mahoney, Esq. | /s/ Michael P. Balaban, Esq. |
| Scott M. Mahoney, Esq. | Michael P. Balaban, Esq. |
| 3800 Howard Hughes Pkwy., Suite 950 | 10726 Del Rudini St. |
| Las Vegas, NV  89169 | Las Vegas, NV  89141 |
| Attorneys for Defendants The Mirage Casino-Hotel and Vaux Enterprises Nevada, Inc. | Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

Dated: July 29, 2010.

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

LasVegas 85075.1

- 2 -